JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN LEE,<br><br>    Plaintiff,<br><br>vs.<br><br>RED STAR BBQ CORPORATION D/B/A STONE GRILL BBQ; BLUE SAVANNAH INVESTMENT CO., L.L.C.; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:19-cv-00895-FMO (JCx)<br>Assigned to Hon. Fernando M. Olguin<br><br>**ORDER GRANTING STIPULATION [23] FOR DISMISSAL OF THE ENTIRE ACTION** |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, all parties to bear their own fees and costs.

IT IS SO ORDERED.

DATED: July 10, 2019　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　United States District Judge

1
ORDER